

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2018

No. 04-17-00795-CR

Jerrod Maurice **YOUNG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR8369W
Honorable Steven C. Hilbig, Judge Presiding

**ORDER**

This appeal is DISMISSED.

It is so **ORDERED** on January 17, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2018.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court